IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POLINA VENDFORD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>METROLPOLITAN LIFE INSURANCE COMPANY, VISA HUMAN RESOURCE SERVICES, INC. LONG TERM DISABILITY PLAN, and DOES 1–50, inclusive,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　／ | No. C 05-01456 WHA<br><br>**ORDER DENYING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

　　The Court **DENIES** the parties' stipulation to continue the case management conference to November 17, 2005. Trial counsel shall please appear for the case management conference on **OCTOBER 6, 2005, AT 3:00 P.M.**

　　**IT IS SO ORDERED.**

Dated: October 4, 2005.

　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE