IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

POLINA VENDFORD,

    Plaintiff,

  v.

METROPOLITAN LIFE INSURANCE COMPANY, VISA LONG TERM DISABILITY PLAN,

    Defendants.

No. C 05-01456 WHA

**NOTICE RE JUDGE'S SPOUSE APPLYING TO METLIFE FOR DISABILITY**

The undersigned judge's spouse has very recently applied to MetLife for eighteen months disability benefit arising out of her recent change of status as a teacher at the Oakland Unified School District. If any party wishes to recuse the undersigned as a result of the above, the party must file a motion to do so by **JANUARY 26, 2006**.

**IT IS SO ORDERED.**

Dated: January 10, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE