IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POLINA VENDFORD,<br><br>    Plaintiff,<br><br>  v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, VISA LONG TERM DISABILITY PLAN; and DOES 1 through 50, inclusive,<br><br>    Defendants. | No. C 05-01456 WHA<br><br>**ORDER RE SETTLEMENT** |

    Defendants notified the Court on January 13 that the parties have reached a settlement to resolve this case entirely. Parties are **ORDERED** either to dismiss the case pursuant to 41(a)(1)(ii) or provide a report on the status of the case by noon, March 13, 2006.

**IT IS SO ORDERED.**

Dated: January 17, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE